IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**GABRIEL AKOL KUOL,**
    Plaintiff,                                  Civil Action No. 7:16-cv-00320

v.                                                **ORDER**

**NADER HASSAN,**                            By:   Hon. Robert S. Ballou
    Defendant(s).                               United States Magistrate Judge

      Plaintiff filed a civil rights action pursuant to 42 U.S.C. §1983. On July 8, 2016 the Court conditionally filed the action and plaintiff was directed to return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On July 25, 2016 the plaintiff returned an inmate account form signed by the trust officer however the six-month statements were not included.

      It is hereby **ORDERED** that the Plaintiff shall be given one last opportunity to cure these deficiencies within twenty days from the entry of this order by sending the required six-month statements for the months of January 2016 to June 2016. The Clerk is directed to send a certified copy of this Order to plaintiff. All mailed pleadings should be sent to Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

ENTER:       This 5th July, 2016.

                                                                      s/Robert S. Ballou
                                                                    United States Magistrate Judge