IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **GABRIEL AKOL KUOL,** | ) | Civil Action No. 7:16cv00320 |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| **NADER HASSAN,** | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Kuol's request to proceed *in forma pauperis* is **GRANTED**, this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. 1915(e)(2)(B)(ii) for failing to state a claim, and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This  25th  day of August, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE